```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
RICHARD MEJIA,                                             :
                                                           :
                        Plaintiff,                         :
                                                           :   22-CV-5371 (VSB)
            -against-                                      :
                                                           :        ORDER
MNP INDUSTRIES LLC,                                        :
                                                           :
                        Defendant.                         :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on June 24, 2022, (Doc. 1), and filed an affidavit of service on July 21, 2022, (Doc. 5). On July 24, 2022, Defendant appeared in this case. (Doc. 6.) The parties then stipulated that Plaintiff would file an amended complaint on or before August 18, 2022, Defendant would respond to the amended complaint on or by September 19, 2022, and in the event that Defendant filed a motion to dismiss, Plaintiff would file his opposition papers on or by October 19, 2022, and Defendant would file its reply papers on or by November 2, 2022. (Doc. 8.) I endorsed the parties' stipulation. (Doc. 9.) On August 18, 2022, Plaintiff filed an amended complaint. (Doc. 10.) To date, Defendant has not responded to the complaint. Plaintiff has obtained a clerk's certificate of default. (Doc. 17.) Otherwise, Plaintiff has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 18, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 4, 2022
       New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge

2