```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICHARD MEJIA,

                                      Plaintiff,          **ORDER ADJOURNING TELEPHONE CONFERENCE**

      -against-

                                        **22-CV-5371 (VSB)**

MNP INDUSTRIES LLC,

                                      Defendant.
----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Notice of Settlement filed on January 5, 2023 (doc. no 28) the Pre-settlement Telephone Conference currently scheduled for **February 1, 2023** is hereby adjourned *sine die*.

      SO ORDERED.

Dated: January 6, 2023
      New York, New York

                                                           _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge